1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8    ARTEMIO HERNANDEZ RODRIGUEZ,

9                      Petitioner,                      CASE NO. C17-1890-MJP-BAT

10        v.                                            **REPORT AND
                                                       RECOMMENDATION**
11    BRYAN S. WILCOX, et al.,

12                      Respondents.

13           This is an immigration habeas action.  On December 19, 2017, the Honorable Marsha J.

14    Pechman entered an order temporarily staying Artemio Hernandez Rodriguez's removal and

15    directing respondents to file a response to the habeas petition and motion for stay.  Dkt. 5.  The

16    parties, however, have resolved the matter and filed a stipulated motion to dismiss and lift the

17    temporary stay.  Dkt. 9.  Based on the parties' stipulation, the Court recommends that the

18    temporary stay of removal be **VACATED** and that this action be **DISMISSED** without

19    prejudice and without costs or fees to either party.  A proposed order is attached.   The Clerk

20    should note this matter as immediately ready for Judge Pechman's consideration.

21           DATED this 22nd day of January, 2018.

22

23

                                                       _____
                                                       BRIAN A. TSUCHIDA
                                                       United States Magistrate Judge

REPORT AND RECOMMENDATION - 1