UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ARTEMIO HERNANDEZ RODRIGUEZ,

    Petitioner,

v.

BRYAN S. WILCOX, et al.,

    Respondents.

CASE NO. C17-1890-MJP

**ORDER OF DISMISSAL**

Having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the remaining record, the Court finds and **ORDERS**:

(1) The Court **ADOPTS** the Report and Recommendation.

(2) The parties' stipulated motion, Dkt. 9, is **GRANTED**.

(3) The temporary stay of removal, Dkt. 5, is **VACATED**.

(4) This action is **DISMISSED** without prejudice and without costs or fees to either party.

\\

\\

ORDER OF DISMISSAL - 1

1  Dated this 17th day of January, 2018.

ANNETTE L. HAYES
Acting United States Attorney

/s/ David R. East
DAVID R. EAST, WSBA No. 31481
Assistant United States Attorney
Western District of Washington
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Email: david.east@usdoj.gov

Attorneys for Defendants

/s/ Kristin Kyrka
KRISTIN KYRKA, WSBA No. 44255
Higuera & VanDerhoef PLLC
705 Second Avenue, Suite 610
Seattle, Washington 98104
Phone: 206-338-5873
Email: kristin@mhiguera.com

Attorney for Plaintiff

## ORDER

**IT IS HEREBY ORDERED** that the temporary stay is lifted, and this case is dismissed without prejudice and without an award of costs to either party.

Dated this 23rd day of January, 2018.

*(signed)*
MARSHA J. PECHMAN
United States District Judge

Recommended for entry this _____ day of January, 2018

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

STIPULATION AND ORDER OF DISMISSAL
[Case No. 17-1890-MJP-BAT]- 2

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970